UNITED STATES of America,
Plaintiff–Appellee,

v.

Thomas Lee JACKSON, Defendant–
Appellant.

No. 07–6134.

United States Court of Appeals,
Fourth Circuit.

Submitted: June 15, 2007.

Decided: June 20, 2007.

Thomas Lee Jackson, Appellant Pro Se. Michael Edward Rich, Office of the United States Attorney, Alexandria, Virginia, for Appellee.

Before WIDENER, MICHAEL, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Thomas Lee Jackson appeals the district court's orders denying his motion for reduction of sentence under 18 U.S.C. § 3582(c)(2) (2000) and subsequent motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Jackson,* No. 1:92–cr–00214–CMH (E.D.Va. filed Dec. 12, 2006 & entered Dec. 13, 2006; filed Jan. 3, 2007 & entered Jan. 5, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*